IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC.,

    Plaintiff/Counter-Defendants,    Case No. 1:20-cv-01100-KWR-KRS

v.

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

    Defendants/Counterclaimants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF INVARIANT CORP.

Defendant Invariant Corp., by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 7.1 hereby states that it does not have any parent corporations and no publicly held corporation owns more than 10% of its stock.

Dated: December 1, 2020

    Respectfully submitted,
    BARDACKE ALLISON LLP

By:    */s/ Benjamin Allison*
    Benjamin Allison
    Breanna Contreras
    141 E. Palace Avenue, 2d Floor
    Santa Fe, NM 87501
    (505) 995-8000
    (505) 672-7037 (f)
    ben@bardackeallison.com
    breanna@bardackeallison.com

*Attorneys for Defendants Invariant Corp., and Hyperion Technology Group, Inc.*

I, Benjamin Allison, hereby certify that I caused a true and correct copy of the foregoing *Corporate Disclosure Statement* to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

                              BARDACKE ALLISON LLP

                    By:    *Benjamin Allison*
                              Benjamin Allison