IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

    Plaintiff,

-vs-                                                   No. 1:20-CV-01100-KWR/KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

    Defendants.

## ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL

THIS MATTER having come before the Court upon the parties Stipulated Motion to Extend Deadline. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the new deadline for the defendants to file their motion to compel is July 16, 2021.

                                              _____
                                              Honorable Kevin R. Sweazea
                                              United States Magistrate Judge

APPROVED WITHOUT EXCEPTIONS

                                              By: /s/ *Breanna Contreras*
                                              Benjamin Allison
                                              Breanna Contreras
                                              BARDACKE ALLISON LLP
                                              P.O. Box 1808
                                              141 E. Palace Avenue
                                              Santa Fe, NM 87504-1808
                                              505-995-8000
                                              ben@bardackeallison.com
                                              breanna@bardackeallison.com

                                              *Counsel for Defendants Invariant Corp. and Hyperion Technology Group, Inc.*

By: /s/ Augustine M. Rodriguez
Augustine M. Rodriguez
LAW OFFICE OF AUGUSTINE M. RODRIGUEZ, L.L.C.
P.O. Box 27178
Albuquerque, NM 87125
505-332-3173
rodriguezlaw@yahoo.com

*Counsel for Plaintiff Security USA Services, LLC*