IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

    Plaintiff,

-vs-                                            No. 1:20-CV-01100-KWR/KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

    Defendants.

## STIPULATED ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL

THIS MATTER having come before the Court upon the Unopposed Motion to Extend Deadline. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the deadline for the Defendants to file their motion to compel is August 6, 2021.

_____
Honorable Kevin R. Sweazea
United States Magistrate Judge


By: /s/ *Breanna Contreras*
Benjamin Allison
Breanna Contreras
BARDACKE ALLISON LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87504-1808
505-995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Counsel for Defendants Invariant Corp. and Hyperion Technology Group, Inc.*