OFFICIAL USE ONLY

# Appendix Q

## *FireFly* Logo Options

