30694-E

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**APPLICATION FOR LETTERS PATENT**

\* \* \* \* \*

**SYSTEM AND METHOD OF DETECTING AND ANALYZING A THREAT IN A CONFINED ENVIRONMENT**

\* \* \* \* \*

INVENTORS:
James R. Skorpik
Mike S. Hughes
Eric G. Gonzalez

ASSIGNEE:
Battelle Memorial Institute

ATTORNEY'S DOCKET NO.  30694-E

1