IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

    Plaintiff,

  v.                                      No. 1:20-cv-01100-KWR-KRS
INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on Judge Sweazea's Order Certifying Facts Pursuant to 28 U.S.C. §636(e)(6)(B). **Doc. 127**. Having considered the certification of facts and otherwise fully advised the Court finds that this matter should be set for a hearing for Plaintiff to **SHOW CAUSE** why it should not be adjudged in contempt of court for the reasons stated in Judge Sweazea's certified facts. *See* **Doc. 127.**

As explained by Judge Sweazea, Plaintiff failed to comply with multiple court orders. **Doc. 127.** Plaintiff **SHALL COMPLY** with the Court's orders by paying the required attorneys' fees and **FILE NOTICE** of such compliance or **SHOW CAUSE** why it should not be held in contempt and sanctioned appropriately.

**IT IS THEREFORE ORDERED** that Plaintiff's representative and counsel shall appear before the Court to show cause why it should not be held in contempt on **Tuesday, January 24, 2023, at 11:30 a.m. (local time)** via Zoom videoconferencing. Failure to appear may result in the Court adopting the certified facts as undisputed and finding Plaintiff in contempt.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**