**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SECURITY USA SERVICES, LLC,

      Plaintiff,

v.                                                                                                    No.  1:20-cv-01100-KWR-KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

      Defendants.

## ORDER OF CONTEMPT

**THIS MATTER** came before the Court on Defendants' Motion to Enforce Order and for Contempt, **Doc. 109**, and on Judge Sweazea's Order Certifying Facts Pursuant to 28 U.S.C. §636(e)(6)(B). **Doc. 127**. Having considered the submissions of the parties, the certification of facts by Magistrate Judge Sweazea, **Doc. 127**, having heard the arguments of counsel and given Plaintiff the opportunity to present evidence at a January 24, 2023, hearing, and being otherwise fully advised,

**THE COURT FINDS** that Judge Sweazea's certified facts are undisputed, that Plaintiff has failed to show cause for why it should not be held in contempt for disobeying multiple orders of the Court, and that Plaintiff's failure has prejudiced Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff is **HELD IN CONTEMPT** of this Court and shall pay a fine of $10,000, shall comply with the Court's orders by paying the ordered attorneys' fees, and shall file notice of such compliance with the Court. If Plaintiff pays the required attorneys' fees within thirty days of January 24, 2023, the Court will waive the $10,000 fine.

IT IS SO ORDERED.


**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

RESPECTFULLY SUBMITTED,

By: /s/ *Billy Trabaudo*
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM  87504-1808
505-995-8000
ben@bardackeallison.com
billy@bardackeallison.com

*Counsel for Defendants Invariant Corp. and Hyperion Technology Group, Inc.*

**APPROVED AS TO FORM:**

By: /s/ Augustine M. Rodriguez
Augustine M. Rodriguez
LAW OFFICE OF AUGUSTINE M. RODRIGUEZ, L.L.C.
P.O. Box 27178
Albuquerque, NM 87125
505-332-3173
rodriguezlaw@yahoo.com

*Counsel for Plaintiff Security USA Services, LLC*