# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

      Plaintiff / Counter-defendant,

   v.                                          No. 1:20-cv-01100-KWR-KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

      Defendants / Counterclaimants.

## JUDGMENT

For the reasons stated in the Court's memorandum opinions and orders, the Court dismisses Plaintiff's claims against Defendants. Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's claims.

The Court enters judgment in favor of Counterclaimants and against counter-defendant (Security USA Services, LLC) on Counterclaim Count I. The Court also enters judgment in counterclaimants' favor on Counterclaim Count III, and cancels Security USA's trademark. No damages were sought or awarded. Rather, the Court enjoins Security USA Services, LLC as follows:

> Security USA Services, LLC as well as (1) its principals, officers, agents, servants, and employees, and (2) those who are in active concert or participation with it who receive actual notice of this injunction, including its successors in interest, subsidiaries, affiliates, and those in privity with it, are prohibited from:

- Using the FIREFLY trademark or any colorable imitation or confusingly similar trademark;

- Manufacturing, producing, distributing, circulating, selling, advertising or marketing goods bearing the FIREFLY mark or any colorable imitation or confusingly similar trademark; and

- Assisting, aiding, or abetting another person or business entity in engaging in or performing any of the activities enumerated above.

This injunction shall apply nationwide.

**IT IS SO ORDERED AND ADJUDGED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**