IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

    Plaintiff / Counter-defendant,

  v.                                                        No. 1:20-cv-01100-KWR-KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

    Defendants / Counterclaimants.

## ORDER GRANTING MOTION TO SET DEADLINE

**THIS MATTER** comes before the Court upon the Defendants' Unopposed Motion to Set the Application Deadline for Attorneys Fees and Costs at Thirty Days after Entry of Judgment (Doc. 157).

Defendants seek to clarify the deadline to file a motion for attorney's fees. The Local Rules of Civil Procedure for the District of New Mexico provide that "a motion for attorney's fees . . . must be filed and served within thirty days after entry of judgment." D.N.M.LR-Civ. 54.5(a). The Federal Rules of Civil Procedure, however, provide a fourteen-day deadline for filing a motion for attorneys' fees, with the caveat that the deadline may be changed by "statute or a court order." Fed. R. Civ. P. 54(d)(2)(B).

The Court's local rules, established through an administrator order, are an "order" setting the deadline to file a motion for attorney's fees. However, for clarity, the Court sets the deadline to file a motion for attorney's fees at thirty days after the entry of judgment, or July 7, 2023.

**IT IS SO ORDERED.**

                                                            **KEA W. RIGGS**
                                                            **UNITED STATES DISTRICT JUDGE**