IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITY USA SERVICES, LLC,

      Plaintiff,

v.     No.  1:20-cv-01100-KWR-KRS

INVARIANT CORP., and
HYPERION TECHNOLOGY GROUP, INC.,

      Defendants.

### ORDER CERTIFYING TRADEMARK CANCELLATION ORDER TO THE DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**THIS MATTER** came before the Court upon the motion of Defendants Invariant Corp. and Hyperion Technology Group, Inc., to Certify the Court's Orders Cancelling the FIREFLY Trademark to the U.S. Patent and Trademark Office Director (**Doc. 159**). Plaintiff, having filed no response, has consented to the relief requested. D.N.M.LR-Civ. 7.1(b). This Court, having considered the Motion, and being otherwise fully advised, **FINDS** that it is **WELL TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that:

(1) pursuant to 15 U.S.C. § 1119, this Court's order canceling U.S. Registration No. 5,328,570 for FIREFLY **SHALL BE CERTIFIED** to the Director of the United States Patent and Trademark Office, who shall make appropriate entry upon the records of the United States Patent and Trademark Office and be controlled thereby; and

(2) the Clerk of the Court **SHALL MAIL**, by certified mail, return receipt requested, a certified copy of this Order, a certified copy of the Court's Memorandum Opinion & Order canceling U.S. Registration No. 5,328,570 (doc. 125), and a certified copy of the final Judgment (doc. 155), to:

Office of the Solicitor
Mail Stop 8
Director of the United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED**,

By: /s/ *Billy Trabaudo*
Benjamin Allison
Billy Trabaudo
BARDACKE ALLISON MILLER LLP
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM  87504-1808
505-995-8000
ben@bardackeallison.com
billy@bardackeallison.com

*Counsel for Defendants Invariant Corp. and Hyperion Technology Group, Inc.*